JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SUPRIYA PRASAD
SUMMER A. JOHNSON
Assistant United States Attorneys
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
supriya.prasad@usdoj.gov
summer.johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN MITCHELL RICHARDSON,<br><br>Defendant. | Case No. 2:22-CR-00048-GMN-EJY<br><br>**STIPULATION FOR PRE-SENTENCE PAYMENT TOWARD RESTITUTION** |

The parties, pursuant to 28 U.S.C. §§ 2041-2042, hereby stipulate to the pre-sentence deposit of funds to be withdrawn and applied toward Defendant Stephen Mitchell Richardson's restitution amount in this matter at the time judgment is entered. The stipulation is based on the following:

1. On April 20, 2022, Defendant Stephen Mitchell Richardson ("Richardson") was charged by way of an Information upon a Waiver of Indictment with one count of Receipt of Child Pornography in violation of 18 U.S.C. §2252A(a)(2) and (b)(1). ECF Nos. 4 -5.

2. That same day, pursuant to a written plea agreement, Richardson pled guilty to one count of with one count of Receipt of Child Pornography in violation of 18 U.S.C. §2252A(a)(2) and (b)(1). ECF Nos 8 & 11.

3. Pursuant to the Plea Agreement, Richardson agreed to "pay restitution in the amount of $5,000 per victim, for any victim who may be identified through the Child Victim Identification Program (CVIP) or Child Recognition Identification System (CRIS) and who requests restitution prior to sentencing. Defendant agrees to pay this amount without requiring the USAO to disaggregate the loss attributed to the original sexual abuse or to other persons who disseminated, received, or possessed the child pornography images, from defendant's actions in this case." ECF No. 8 at 6.

4. The parties have conferred and hereby stipulate to the pre-sentence deposit of restitution funds with the Clerk of Court, to be held until the Judgment is entered in this matter by the Court.

5. The parties seek an order directing the Clerk of Court to accept Richardson's pre-sentence payments for restitution. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Richardson until the time of sentencing, which is currently scheduled for July 27, 2022. Further, pursuant to 28 U.S.C. § 2042, the parties request an order that upon the entry of a criminal judgment in this case, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations, including restitution, imposed against Richardson in the sequence established in 18 U.S.C. § 3612(c).

6. Richardson may submit payment by cash, cashier's check, or money order made payable to "Clerk, U.S. District Court" with "2:22-CR-00048-GMN-EJY" noted on each payment mailed or delivered to:

Clerk of the Court, District of Nevada
333 Las Vegas Boulevard, South
Room 1334
Las Vegas, Nevada 89101

WHEREFORE, the parties stipulate for an order directing the Clerk of Court to accept pre-sentence payments to be held on deposit until judgment is entered, and thereafter applied toward the criminal monetary penalties, including restitution, imposed in this matter as provided by law and in accordance with the Clerk's standard operating procedures.

Respectfully submitted this 13th day of July 2022.

JASON FRIERSON
United States Attorney

/s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney


THE DRASKOVICH LAW GROUP, CHTD.

/s/ Robert M. Draskovich
ROBERT M. DRASKOVICH
Attorney for Defendant


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 15, 2022

3