JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN MITCHELL RICHARDSON, <br><br> Defendant. | Case No. 2:22-CR-00048-GMN-EJY <br><br> **STIPULATION TO CONTINUE SENTENCING AND MOTION DEADLINES** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Supriya Prasad, Assistant United States Attorney, representing the United States of America, and Robert Draskovich, Esq., representing Defendant Stephen Mitchell Richardson, that the defendant's deadline to respond to the government's motion to compel (ECF No. 14) is extended to August 5, 2022, that the government's deadline to reply to the defendant's response is extended to August 19, 2022, and that the sentencing scheduled for July 27, 2022 at 11:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The government filed a motion to compel discovery (ECF No. 14) on July 7, 2022. Defendant's response is due July 21, 2022, and the government's reply is due July 28,

2022.

2. Defense counsel requests additional time to respond to the government's motion. The government similarly requests additional time to reply to the defendant's response. Both parties do not object to the other's request for additional time.

3. Sentencing is currently scheduled for July 27, 2022 at 11:00 a.m.

4. The parties will need additional time to prepare for sentencing following adjudication of the government's motion to compel.

5. The defendant is not in custody and does not object to the continuances.

6. The parties agree to the continuances.

7. Accordingly, the parties respectfully request that the defendant's deadline to respond to the government's motion to compel is extended to August 5, 2022, that the government's deadline to reply to the defendant's response is extended to August 19, 2022, and that the sentencing scheduled for July 27, 2022 at 11:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days

Dated this 12th day of July, 2022.

JASON M. FRIERSON
United States Attorney

By: /s/ *Supriya Prasad*
SUPRIYA PRASAD
Assistant United States Attorney

By: /s/ *Robert Draskovich*
ROBERT DRASKOVICH, ESQ.
Counsel for Defendant Stephen Mitchell Richardson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN MITCHELL RICHARDSON,<br><br>    Defendant. | Case No. 2:22-CR-00048-GMN-EJY<br><br>**ORDER** |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that defendant's deadline to respond to the government's motion to compel (ECF No. 14) is extended to August 5, 2022, that the government's deadline to reply to the defendant's response is extended to August 19, 2022, and that the sentencing scheduled for July 27, 2022 at 11:00 a.m., be vacated and continued to  September 28, 2022  at the hour of 11:00 a.m.

DATED this   19   day of July 2022.

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE