FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 28 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-048-GMN-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| STEPHEN MITCHELL RICHARDSON, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C.§ 2253(a)(1) and (a)(3) based upon the plea of guilty by Stephen Mitchell Richardson to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Stephen Mitchell Richardson pled guilty. Criminal Information, ECF No. 5; Plea Agreement, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 10; Arraignment & Plea, ECF No. 11.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 27, 2022, through May 26, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 12-1, p. 5.

1 This Court finds the United States notified known third parties by regular mail and
2 certified mail return receipt requested of their right to petition the Court. Notice of Filing
3 Service of Process – Mailing, ECF No. 13.

4 On May 2, 2022, the United States Attorney's Office served and attempted to serve
5 Rong Richardson with copies of the Preliminary Order of Forfeiture and the Notice through
6 regular mail and certified mail return receipt requested. The status of the certified mail is
7 unknown as the post office has the document listed as in transit. Neither mailing was
8 returned. Notice of Filing Service of Process – Mailing, ECF No. 13-1, p. 3, 6-20.

9 On May 2, 2022, the United States Attorney's Office served and attempted to serve
10 Samuel Richardson with copies of the Preliminary Order of Forfeiture and the Notice
11 through regular mail and certified mail return receipt requested. The status of the certified
12 mail is unknown as the post office has the document listed as in transit. Neither mailing was
13 returned. Notice of Filing Service of Process – Mailing, ECF No. 13-1, p. 3, 6-15, 21-24.

14 On May 2, 2022, the United States Attorney's Office served and attempted to serve
15 Katherine Richardson with copies of the Preliminary Order of Forfeiture and the Notice
16 through regular mail and certified mail return receipt requested. The status of the certified
17 mail is unknown as the post office has the document listed as in transit. Neither mailing was
18 returned. Notice of Filing Service of Process – Mailing, ECF No. 13-1, p. 3, 6-15, 25-28.

19 On June 8, 2022, the United States Attorney's Office served and attempted to serve
20 Rong Richardson with copies of the Preliminary Order of Forfeiture and the Notice through
21 regular mail and certified mail return receipt requested. The status of the certified mail is
22 notice left, no authorized recipient available, and reminder to schedule redelivery. Neither
23 mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 13-1, p. 3, 6-
24 15, 29-32.

25 On June 8, 2022, the United States Attorney's Office served and attempted to serve
26 Samuel Richardson with copies of the Preliminary Order of Forfeiture and the Notice
27 through regular mail and certified mail return receipt requested. The status of the certified
28 mail is notice left, no authorized recipient available, and reminder to schedule redelivery.

1 Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 13-1,
2 p. 3, 6-15, 33-36.

3       On June 8, 2022, the United States Attorney's Office served and attempted to serve
4 Katherine Richardson with copies of the Preliminary Order of Forfeiture and the Notice
5 through regular mail and certified mail return receipt requested. The status of the certified
6 mail is notice left, no authorized recipient available, and reminder to schedule redelivery.
7 Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 13-1,
8 p. 4-15, 37-40.

9       This Court finds no petition was filed herein by or on behalf of any person or entity
10 and the time for filing such petitions and claims has expired.

11       This Court finds no petitions are pending regarding the property named herein and
12 the time has expired for presenting such petitions.

13       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
14 all possessory rights, ownership rights, and all rights, titles, and interests in the property
15 hereinafter described are condemned, forfeited, and vested in the United States pursuant to
16 Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C.§
17 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

18     1. a Lenovo laptop with a Seagate 1 TB SATA hard drive, Model No.
19        ST1000LM035, Serial No. WDECF6CH; and
20     2. a Dell All in One desktop computer, Model No. Inspiron 24 series 5459, Serial
21        No. 7BFT922 with Samsung 1 TB SATA hard drive, Model No. ST1000LM024,
22        Serial No. S314J90GA63732
23 (all of which constitutes property).

24       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited
25 property shall be disposed of according to law.
26 / / /
27 / / /
28 / / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___NOV 28___, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE